UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES S. FALLER, II, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 20-1597 (ABJ) |
| UNITED STATES DEPARTMENT OF JUSTICE, *et al.*, | ) |
| Defendants. | ) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, both of the pending motions to dismiss, *see* Defs.' Mot. to Dismiss [Dkt. # 7]; Def.'s Mot. to Dismiss [Dkt. # 13], are **GRANTED**. All claims in the complaint are dismissed against all defendants.

As a result, plaintiffs' pending motions, *see* Pls.' Mots. for TRO, Preliminary Injunction, and Hearing [Dkt. # 10]; Pls.' Mot. to File Excess Pages [Dkt. # 11]; Sealed Mot. to Reconsider Emergency Mot. for a Hearing for Temporary/Permanent Restraining Order [Dkt. # 22] (SEALED), are also **DENIED** as moot.

This is a final, appealable order.

*Amy B Jackson*

AMY BERMAN JACKSON
United States District Judge

DATE: September 17, 2021